IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **Marcus Ingram,** *Individually*<br><br>　Plaintiff,<br><br>　v.<br><br><br>**Mings V LLC** *a Limited Liability Corporation*,<br><br>　Defendants. | CIVIL ACTION FILE<br>NO. 1:20-cv-04413-WMR |

## ORDER

The parties have announced that this case has settled [Doc 15]. The Court **DIRECTS** the Clerk of Court to terminate the Motion to Dismiss [Doc 9] and **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

**SO ORDERED** this 3rd day of February, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.