UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **MARCUS INGRAM, Individually,** :<br>:<br>**Plaintiff,** :<br>:<br>v. :<br>:<br>**MING'S V LLC** :<br>**A Limited Liability Company** :<br>:<br>**Defendant.** :<br>_____/ | **Case No. 1:20-cv-4413-WMR** |

## STIPULATION OF DISMISSAL

Plaintiff Marcus Ingram and Defendant Ming's V LLC, submit this joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  This matter has been settled and therefore all claims pending or threatened in this matter are hereby dismissed WITH PREJUDICE.

Respectfully submitted this 11th day of February 2021.

/s/ Pete M. Monismith                              /s/ S. Eli Bennett

| | |
|---|---|
| Pete M. Monismith, Esq.<br>GA Bar 941228<br>Pete M. Monismith, P.C.<br>3945 Forbes Ave., #175<br>Pittsburgh, PA 15213<br>ph. (724) 610-1881<br>pete@monismithlaw.com<br>**Attorney for Plaintiff** | S. Eli Bennett, Esq.<br>Taylor, Lee & Associates, LLC<br>6855 Jimmy Carter Boulevard<br>Building 2100, Suite 2150<br>Norcross, GA 30071<br>Tel: (770)-650-7200<br>**Attorney for Defendant** |